1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2

3  BARBARA J. VALLIERE (DCBN 439353)
   Chief, Criminal Division

4  CYNTHIA FREY (DCBN 475889)
   Assistant United States Attorney

5

6      150 Almaden Boulevard, Suite 900
       San Jose, California 95113
       Telephone: (408) 535-5061

7      FAX: (408) 535-5066
       Cynthia.frey@usdoj.gov

8
   Attorneys for United States of America

9

10                 UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                     SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,          )   Case No. CR 14-0523 BLF
                                       )            CR 16-0027 BLF
14       Plaintiff,                    )            CR 16-0212 BLF
                                       )            CR 16-0213 BLF
15       v.                            )
                                       )   STIPULATION AND PROPOSED ORDER TO
16  BERNARD OGIE ORETEKOR,             )   CONTINUE SENTENCING
                                       )
17       Defendant.                    )
                                       )   UNDER SEAL
18                                     )
    _____

19

20        This matter is set for sentencing on December 6, 2016.   The defendant recently obtained new

21  counsel in this matter on December 2, 2016.  The defendant requests a continuance of the scheduled

22  hearing to January 3, 2017 at 9:00 a.m. because the defense needs time to review discovery and

23  pleadings relating to the sentencing of this matter.  Counsel for the defendant and the Probation Officer

24  have agreed to the proposed continuance.

25        The defense has requested a continuance and the government has no objection.  This request is

26  made pursuant to Criminal Local Rule 32-2.  Good cause exists for the continuance of the hearing.

27  Crim. L.R. 32-2(a) - (a)(1).  Moreover, counsel for both parties and the Probation Officer have conferred

28

STIPULATION AND [PROPOSED] ORDER
CR 14-0523 BLF; CR 16-0027 BLF; CR 16-0212 BLF; CR 16-0213 BLF

1  and confirmed their availability on January 3, 2017 at 9:00 a.m.  Additionally, the Court is available on

2  that date.  Crim. L. R. 32-2(a)(2)-(3).  A proposed order is attached hereto.  Crim. L.R. 32-2(a)(4).

3

4  SO STIPULATED:

5                                                          BRIAN J. STRETCH
                                                           Acting United States Attorney
6

7  DATED: December 5, 2016                    _____/s/_____
                                                           CYNTHIA M. FREY
8                                                          Assistant United States Attorney

9

10  DATED: December 5, 2016                   _____/s/_____
                                                           JAMES MCNAIR THOMPSON
11                                                         Attorney for BERNARD OGIE ORETEKOR,

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 14-0523 BLF; CR 16-0027 BLF; CR 16-0212 BLF; CR 16-0213 BLF

1    For good cause shown and in accordance with Criminal Local Rule 32-2(a), the sentencing on

2    this matter, now scheduled for December 6, 2016 is vacated.  The hearing shall be continued to January

3    3, 2017 at 9:00 a.m.

4    IT IS SO ORDERED.

5

6    DATED: ___Dec 5, 2016___                    _____

7                                                HONORABLE BETH L. FREEMAN
                                                 United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CR 14-0523 BLF; CR 16-0027 BLF; CR 16-0212 BLF; CR 16-0213 BLF